IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDDIE WILSON,

    Plaintiff,

v.                                              4:19cv370–WS/MAF

ALLY FINANCIAL INC.,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 46) docketed July 16, 2020. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim on which relief may be granted. The plaintiff has filed objections (ECF No. 47) to the report and recommendation, and the defendant has filed a response (ECF No. 48) to the plaintiff's objections.

Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 46) is hereby ADOPTED and incorporated by reference in this order.

2. The defendant's motion (ECF No. 25) to dismiss the plaintiff's first amended complaint is GRANTED.

3. The plaintiff's amended complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

4. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this ___19th___ day of ___August___, 2020.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE